

1  THOMAS A. PACKER (SBN: 104767)
   MORDECAI D. BOONE (SBN: 196811)
2  CARRIE A. LUBINSKI (SBN: 174006)
   GORDON & REES LLP
3  Embarcadero Center West
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone: (415) 986-5900
5  Facsimile: (415) 986-8054

6  Attorneys for Defendants
   MENU FOODS INCOME FUND; MENU FOODS LIMITED PARTNERSHIP; MENU
7  FOODS MIDWEST CORPORATION; MENU FOODS SOUTH DAKOTA, INC.; MENU
   FOODS, INC.; AND MENU FOODS HOLDINGS, INC.
8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 DIANE LOWERY, individually and on behalf of a  )  CASE NO.: C 07 2665 EDL
   class of similarly situated persons,           )
12                                                )  **REQUEST FOR ASSIGNMENT TO**
                    Plaintiff,                    )  **A DISTRICT JUDGE**
13                                                )
       vs.                                        )
14                                                )
   MENU FOODS INCOME FUND; MENU FOODS             )
15 LIMITED PARTNERSHIP; MENU FOODS                )
   MIDWEST CORP.; MENU FOODS SOUTH                )
16 DAKOTA, INC.; MENU FOODS, INC.; MENU           )
   FOODS HOLDINGS, INC.                           )
17                                                )
                    Defendants.                   )
18 _____)

19

20

21

22

23

24

25

26

27

28

-1-
REQUEST FOR ASSIGNMENT TO A DISTRICT JUDGE

Pursuant to Local Rules 73-1(a)(2), Defendants MENU FOODS INCOME FUND, MENU FOODS LIMITED PARTNERSHIP, MENU FOODS MIDWEST CORPORATION, MENU FOODS SOUTH DAKOTA, INC., MENU FOODS, INC., and MENU FOODS HOLDINGS, INC. hereby request re-assignment from a magistrate judge (The Honorable Elizabeth D. Laporte) to a district judge. The request comes now as Defendants and Plaintiffs have filed a Stipulation And [Proposed] Order For Stay Of All Proceedings And Preservation Of Evidence prior to the initial case management conference.

In addition, defendants direct the Court's attention to the Notice Of Pendency Of Other Actions And Proceedings And Notice Of Transfer Order filed in this case. A related action is filed in this Court and has been assigned to the Honorable Maxine Chesney. This related case was filed on March 21, 2007 and is entitled *Sherry Ingles, et al. v. Menu Foods, Inc. et al.* Case No. 3:07-CV-01809-MMC.

Dated: June 21, 2007

Respectfully submitted,

GORDON & REES LLP

By: _____
Carrie A. Lubinski
Attorneys for Defendants
MENU FOODS INCOME FUND; MENU FOODS LIMITED PARTNERSHIP; MENU FOODS MIDWEST CORPORATION; MENU FOODS SOUTH DAKOTA, INC; MENU FOODS, INC.; and MENU FOODS HOLDINGS, INC.