UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

RECEIVED-CLERK
U.S. DISTRICT COURT

2007 JUL 30 P 12: 35

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 25, 2007

United States District Court
Martin Luther King, Jr.
Federal Building & U.S. Courthouse
50 Walnut Street
P.O. Box 419
Newark, NJ  07101-0419

RE: CV 07-02665 SC   DIANE LOWERY-v-MENU FOODS INCOME FUND

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒ Certified copy of docket entries.

☒ Certified copy of Transferral Order.

☒ Original case file documents.

☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Alfred Amistoso
Case Systems Administrator

Enclosures

Susan Bush
U.S.D.C. New
Jersey
07cv3578 NLH
7/30/07

July 25, 2007

| These instructions are for internal court use only. |
| --- |

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**. It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.



**FILED**

AUG 0 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES


